# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                      CRIMINAL NO.  15-CR-30071-DRH

vs.

**MARK ANTHONY DAY,**

      **Defendant.**

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On May 31, 2016, this Court entered an Order for forfeiture against defendant Mark Anthony Day [Doc. 42] for the following property which had been seized from the defendant:

> **One Taurus PT24/7 Pro 9mm caliber semi-automatic handgun, bearing a partially obliterated serial number of TZC99913;**
>
> **One Taurus PT24/7 G20 .45 caliber semi-automatic pistol, bearing serial number NGY23081;**
>
> **One Century Arms AK-47 assault rifle, bearing serial number 1-51110-03; and**
> **all ammunition contained within the firearms.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(7).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 22, 2017, and ending June 20, 2017, and that no third party filed a petition within 30

days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on May 31, 2016, namely:

> **One Taurus PT24/7 Pro 9mm caliber semi-automatic handgun, bearing a partially obliterated serial number of TZC99913;**
>
> **One Taurus PT24/7 G20 .45 caliber semi-automatic pistol, bearing serial number NGY23081;**
>
> **One Century Arms AK-47 assault rifle, bearing serial number 1-51110-03; and**
> **all ammunition contained within the firearms.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Marshal or the Illinois State Police shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Marshal or the Illinois State Police.

**IT IS SO ORDERED.**

Judge Herndon
2017.09.19
18:09:44 -05'00'

**United States District Judge**